In the Matter of the NATIONAL CITY BANK OF NEW YORK, as Administrator de Bonis Non of the Estate of CATHERINE NOONAN, Deceased.

MABEL G. TRUNCELLITO, Appellant; FRANCES SCOTT et al., Respondents.

(Submitted May 28, 1929; decided June 11, 1929.)

*Caesar B. F. Barra* and *Ralph J. Barra* for appellant.

*William E. O'Grady* for Frances Scott, respondent.

*Paul L. Ross* for the estate of Patrick Noonan, deceased, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.